UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

QUINN KLEIN, a/k/a Aaron Klein

    Plaintiff,

v.                                Case No. 5:17cv65-MCR-CJK

E. BLACKMON, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On May 1, 2017, the undersigned entered an order (doc. 15) noting plaintiff's second motion to proceed *in forma pauperis* was inadequate and allowing plaintiff 30 days in which to either file a completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee. The undersigned advised plaintiff that failure to do so would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 30 days passed and plaintiff neither filed a completed motion to proceed *in forma pauperis* nor paid the filing fee, the undersigned entered an order directing plaintiff to show cause within 14 days why the matter should not be

dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 31st day of July, 2017.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**