# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**QUINN KLEIN, a/k/a Aaron Klein**

    **Plaintiff,**

**v.**                                              **CASE NO. 5:17cv65-MCR-CJK**

**E. BLACKMON, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 31, 2017. ECF No. 17. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of August, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**